UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

| UNITED STATES OF AMERICA, | CRIMINAL ACTION |
| --- | --- |
| Plaintiff, | NO. 0:08-04-KKC-EBA |
| v. | **ORDER** |
| ANTHONY GERALD RUNYON, | |
| Defendant. | |

\* \* \* \* \* \* \*

United States Magistrate Judge Edward Atkins held defendant Anthony Runyon's final hearing regarding the revocation of the defendant's supervised release on July 6, 2017, and found that he committed four violations of his supervised release (DE 97, at 4) as evidenced by certified records stipulated to by the parties. Runyon waived his right to a final hearing in front of the District court and consented to exercise his right of allocution before the magistrate. After hearing from both parties, Magistrate Judge Atkins took the matter under advisement and issued a Report and Recommendation (DE 197) on the matter, recommending that Runyon serve a thirty-six month sentence of incarceration, followed by a twenty-four month period of supervised release. That recommendation is now before the Court.

Generally, this Court reviews de novo those portions of a recommended disposition to which objections are made. *See* 28 U.S.C. § 636(b)(1)(c). However, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150

1

(1985); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). Neither party filed objections within the time to do so, nor has a party requested an extension of time to do so.

Having nevertheless fully considered the matter and agreeing with the magistrate's recommendation, the Court **HEREBY ORDERS** that the Report and Recommendation filed by the magistrate judge is **ADOPTED** as the opinion of the Court. A separate judgment shall issue.

Dated August 14, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY